UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

JOHN A. SKORUPA
SUPERVISING U.S. PROBATION OFFICER

February 4, 2008

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

The Honorable Nicholas Politan
United States District Judge
Martin Luther King Federal Courthouse
50 Walnut St.
Newark, NJ 07102

**RE: Schott, Allen R.**
**Dkt #: 92-00273-001**
**Permission to Terminate Supervision with**
**Outstanding Restitution**

Dear Judge Politan:

The above named offender was sentenced on September 15, 1993 on 8 counts of Bank Robbery and 1 count of Use of a Firearm in the Commission of a Violent Crime. He received 156 months in custody followed by 5 years of supervised release with special conditions of Alcohol Treatment, Mental Health Treatment, Financial Disclosure and Restitution in the amount of $499,297.00 to a total of 7 banks.

The offender commenced supervision on February 18, 2003 and is scheduled to terminate from supervision on February 17, 2008. He has been fully compliant with supervision and has paid restitution as directed. At the commencement of supervision he had a restitution balance of $432,117. He currently has a total balance of $267,977.

The Financial Litigation Unit of the U.S. Attorney's Office is legally unable to continue the collection of the restitution but the lien will remain in effect for 20 years. The offender must show proof that the debt is satisfied before the lien will be removed. The offender has made a good faith effort to pay the restitution to the best of his ability and has stated he will continue making payments until the restitution is paid in full.

Based on his full compliance with supervision and his faithful payment of restitution during supervision, we are requesting the offender be allowed to terminate supervision with the restitution outstanding. The offender will be directed where to continue paying his restitution, to maintain a record of payments and provide proof when the balance when paid in full to the U.S. Attorney's Office.

We are requesting Your Honor sign the appropriate box and we will proceed accordingly.

The Honorable Nicholas Politan
Page 2
February 4, 2008

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Karen Green-Allen
    Senior U.S. Probation Officer

/kga

Reviewed & approved by:
Thomas C. Miller
Deputy Chief U.S. Probation Officer

___✓___ I agree with this recommendation and will allow the offender to terminate supervision as scheduled.

_____ I do not agree with this recommendation and request a violation of supervision report be immediately forwarded to the Court.

The Honorable ~~Nicholas Politan~~ Katharine S. Hayden
United States District Judge